UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BOULWARE, | 1:13-cv-01539-GSA-PC |
| Plaintiff, | ORDER STRIKING MOTION FOR LACK OF SIGNATURE |
| vs. | (Doc. 13.) |
| AUDREY KING, et al., | |
| Defendants. | |

Dana Boulware ("Plaintiff") is a civil detainee proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On July 7, 2014, Plaintiff filed an unsigned motion. (Doc. 1.) All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, filed on July 7, 2014, is STRICKEN from the record for lack of signature.

IT IS SO ORDERED.

Dated:  **July 9, 2014**          **/s/ Gary S. Austin**
                      UNITED STATES MAGISTRATE JUDGE